JS 44 (Rev. 08/18)


Case 1:20-cv-01051-LJV-MJR Document 1 Filed 08/10/20 Page 1 of 4

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ANN MARIE KNEIS

### DEFENDANTS
UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff: **ERIE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
MEYERS BUTH LAW GROUP, PLLC, 21 Princeton Place, Orchard Park, NY 14127 (716) 508-8598

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury; ☒ 362 Personal Injury - Medical Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881; ☐ 690 Other | ☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157 | ☐ 375 False Claims Act |
| ☐ 120 Marine | | | | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | **PERSONAL INJURY** — ☐ 365 Personal Injury - Product Liability; ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability; ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | **PERSONAL PROPERTY** — ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | **PRISONER PETITIONS** — **Habeas Corpus:** ☐ 463 Alien Detainee; ☐ 510 Motions to Vacate Sentence; ☐ 530 General; ☐ 535 Death Penalty; **Other:** ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition; ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1346

Brief description of cause:
medical malpractice arising from treatment at VA suit against USA under FTCA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 950,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 08/06/2020
SIGNATURE OF ATTORNEY OF RECORD: s/ PATRICK J. MALONEY, ESQ.

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

[ Print ]  [ Save As... ]  [ Reset ]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANN MARIE KNEIS,

        *Plaintiff,*

vs.                                      **COMPLAINT**

UNITED STATES OF AMERICA,

        *Defendant.*

Plaintiff, ANN MARIE KNEIS, by and through her attorneys, MEYERS BUTH LAW GROUP PLLC, PATRICK J. MALONEY, ESQ., of counsel, for her complaint, alleges upon information and belief that:

1. Plaintiff, ANN MARIE KNEIS is a citizen of the United States of America and a resident of the State of New York, County of Erie, residing at 62 Vern Lane, Cheektowaga, NY 14227.

2. Defendant, at all times hereinafter mentioned, owns and operates the VETERANS ADMINISTRATION MEDICAL CENTER (VAMC), located in Buffalo, Erie County, New York.

3. Venue in the Western District of New York is proper pursuant to 28 USC §1391(b)(2) on the basis that a substantial part of the acts or omissions giving rise to the claim occurred within the jurisdiction of said judicial district.

4. The amount in controversy, exclusive of interests and costs, is in excess of $75,000.

5. This action arises out of the Federal Tort Claims Act (FTCA), 28 USC §1346. Pursuant to the FTCA, plaintiff presented her claim to the Buffalo VAMC, the federal agency out of whose activities the claim arose.

6. The administrative claim was received by the Buffalo VAMC on August 16, 2019, and the claim was denied from the U.S. Department of Veterans Affairs Office of General Counsel via certified mail, dated April 14, 2020, and less than six (6) months has elapsed since the receipt of said denial. This complaint is therefore mature and timely to be presented to this Court pursuant to 28 USC §2675 and 28 USC §2401(b).

7. Plaintiff has duly complied with all conditions precedent to the commencement of this action.

8. On or about February 22, 2017, plaintiff presented to the Buffalo VAMC for right medial knee replacement surgery. Plaintiff treated post-op at the Buffalo VAMC on April 6th, 12th, 19th, 25th and 27th.

9. As a result of issues following the surgery of February 22, 2017, a right total knee replacement was done on August 23, 2017 at the Buffalo VAMC.

10. The defendant, by and through its agents, servants and employees at the Buffalo VAMC, negligently, carelessly, and unskillfully rendered medical care to Ms. Kneis.

11. As a direct and proximate result of defendant's negligence, plaintiff suffers from a continued inability to walk on the affected knee, has had to undergo two additional surgical procedures, therapy, medication, confinement to a wheelchair and will be unable to ambulate properly in the future.

WHEREFORE, plaintiff demands judgment against the defendant in the amount of NINE HUNDRED FIFTY THOUSAND DOLLARS ($950,000) together with interests and costs.

Dated: July 29, 2020
      Orchard Park, New York

Respectfully submitted,

/s/ Patrick J. Maloney

_____
PATRICK J. MALONEY, ESQ.
MEYERS BUTH LAW GROUP, PLLC
*Attorneys for Plaintiff*
21 Princeton Place, Suite 105
Orchard Park, NY 14127
(716) 508-8598